# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 13, 2023

## NO. 03-21-00614-CR

**Ex parte Kelly James McCarty**

**APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY**
**BEFORE JUSTICES BAKER, KELLY, AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the order denying appellant's application for writ of habeas corpus entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order denying appellant's application for writ of habeas corpus. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

**JUDGMENT RENDERED OCTOBER 13, 2023**

**NO. 03-22-00381-CR**

**Ex parte Kelly James McCarty**

**APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY**
**BEFORE JUSTICES BAKER, KELLY, AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the order dismissing appellant's application for writ of habeas corpus entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order dismissing appellant's application for writ of habeas corpus. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.